In the Matter of CHARLES E. JOHNSON, Deceased.— Motion for preference granted for May 26, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MATILDA R. ALLCOTT v. INTERBOROUGH TRANSFER COMPANY. JOSEPH ALLCOTT v. INTERBOROUGH TRANSFER COMPANY.— Motion for preference denied. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of JAMES D. YOUNG, Deceased.— Motion for preference granted for June 5, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE CITY OF NEW YORK v. NEW YORK AND SOUTH BROOKLYN FERRY AND STEAM TRANSPORTATION COMPANY.— Motion for preference granted for June 9, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the CITY OF NEW YORK, etc. (STATE ICE MANUFACTURING CORPORATION and Another, Claimants).— Motion for preference granted for May 26, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE CITY OF NEW YORK v. EMMA M. H. WRIGHT and Others.— Motion for preference granted for June 2, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ROSE PARADISE v. HARRY H. PARADISE.— Motion for preference denied. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

TOBIAS KAHANE v. ALFRED JACQUES.— Motion denied and stay vacated, examination of defendant to proceed on May 19, 1925, at eleven o'clock A. M., at the place and before the person designated in notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ASSOCIATION OF ICE CREAM SUPPLY MEN v. ICE CREAM MANUFACTURERS SUPPLY ASSOCIATION, INC.— Motion to dismiss appeal denied upon payment by appellant to respondent of ten dollars costs of motion; otherwise, granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ALEXANDER BONANNO and Others v. ROBERT JACOB and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure record on appeal to be filed within ten days from service of order. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HUGH J. McCULLOUGH and Others v. AMERICAN YELLOW TAXI OPERATORS, INC.— Motion to dismiss appeal adjourned to Friday, May 29, 1925, at ten o'clock A. M.  Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CONSTANCE E. SAWARD, Respondent, v. FREDERICK W. SAWARD, Appellant, and FRANK C. SAWARD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

CATHERINE DEVINE, Appellant, v. THOMAS F. DEVINE, Respondent.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

NORWEGIAN AMERICAN SECURITIES CORPORATION, Appellant, v. MATTHEW J. HOEY and Another, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.